cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTTY OF CALIFORNIA, INCORPORATED, a California corporation, | ) ) ) | Civil No.05cv1438 H (AJB) |
| Plaintiff, | ) ) | ORDER VACATING MANDATORY SETTLEMENT CONFERENCE AND |
| v. | ) ) | SCHEDULING SETTLEMENT DISPOSITION CONFERENCE |
| EVENFLO COMPANY, INC., a Delaware corporation, | ) ) ) | |
| Defendants. | ) ) | |

Upon the advice of counsel that this matter has settled in its entirety, the Mandatory Settlement Conference currently scheduled before Magistrate Judge Battaglia on September 25, 2006 is hereby VACATED.

A Settlement Disposition Conference will be held *October 6, 2006*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia. Counsel and all parties *shall appear in person* unless a signed stipulation for dismissal of this case is filed and **a copy of the signed stipulation is provided to the chambers of Magistrate Judge Battaglia no less than 24 hours prior to the scheduled conference**. **Monetary sanctions shall be imposed for failure to comply with this order**.

IT IS SO ORDERED.

DATED: September 18, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court